**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE MEDTRONIC, INC.<br>SPRINT FIDELIS LEADS PRODUCTS<br>LIABILITY LITIGATION<br><br>This documents relates to:<br>**Soderberg v. Medtronic, Inc. et al.**<br>**10-cv-02253** | MDL NO. 08-1905 (RHK/JSM)<br><br>**ORDER GRANTING PLAINTIFFS'**<br>**LEAD  COUNSEL'S AMENDED**<br>**MOTION TO DISMISS AND TO**<br>**SEVER, AND SUGGESTION OF**<br>**REMAND** |

Upon consideration of Plaintiffs' Lead Counsel's Amended Motion to Dismiss (Doc. No. 35), and based on all the files, records and proceedings herein, **IT IS ORDERED** that the Motion is **GRANTED**. Pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the claims of Plaintiff Rosemary Soderberg, Individually and as Executrix of the Estate of Richard Soderberg, in the action styled Soderberg v. Medtronic, Inc. et al., Civ. No. 10-cv-02253, against Medtronic, Inc. and Kevin Erkkila are **DISMISSED WITH PREJUDICE**. The Court having expressly determined that there is no just reason for delay for entering judgment as to the dismissed claims, **LET JUDGMENT BE ENTERED ACCORDINGLY** as to those claims.

The Court believes that the remaining claims against non-Medtronic Defendants, Dr. Clifford Browning and Cardiology Consultants of Central Massachusetts, L.L.P., should be remanded by the Judicial Panel on Multidistrict Litigation ("JPML") to the United States District Court for the District of Massachusetts, the transferor court, for

further proceedings, and it hereby **SUGGESTS** the same to the JPML.  See JPML R. 10.1(b)(i).


Dated:  July 14, 2011        s/ Richard H. Kyle
                 RICHARD H. KYLE
                 United States District Judge